In the Matter of the Will of DANIEL HUNT, Deceased.

GEORGE N. CHANDLER, as General Guardian of RAYMOND F. CHANDLER, an Infant, Appellant; HARRISON G. HUNT et al., Individually and as Executors of DANIEL HUNT, Deceased, Respondents.

*Will — construction — erroneous decree of surrogate that testator died intestate as to portion of his estate.*

*Matter of Hunt,* 207 App. Div. 127, affirmed.

(Argued February 18, 1924; decided April 1, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1923, which reversed a decree of the Westchester County Surrogate's Court construing the will of Daniel Hunt, deceased, and holding that he died intestate as to a certain portion thereof. The Appellate Division held that by the 2d paragraph of his will testator devised all of his property to his two sons.

*Arthur R. Wilcox* for appellant.

*William Baruch* and *Sydney A. Syme* for Harrison G. Hunt, individually and as executor, respondent.

*Thomas Holden, Jr.,* and *Henry K. Heyman* for Hobart P. Hunt, individually and as executor, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.